UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. DANA M. SABRAW)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 09cr4313-DMS-01 |
| Plaintiff, | ) ) ) | ORDER GRANTING |
| v. | ) ) | JOINT MOTION TO CONTINUE SENTENCING HEARING |
| JOSE LUIS CISNEROS-OROZCO, | ) ) | |
| Defendants. | ) ) | |

**IT IS HEREBY ORDERED** that the motion to continue the sentencing hearing in this matter now scheduled for February 26, 2010 at 9:00 a.m. be continued until March 26, 2010, at 9:00 a.m.

**IT IS SO ORDERED**.

DATED: January 6, 2010

_____
HON. DANA M. SABRAW
United States District Judge